# Carter, *et al. v.* The State.

*Larceny.*

(Decided Jan. 11, 1906, 40 So. Rep. 82.)

APPEAL from Bessemer City Court.
Heard before Hon. WILLIAM JACKSON.

GEORGE BONDURANT, for appellant.

MASSEY WILSON, Attorney General for the State.

Reversed and remanded.

Opinion by SIMPSON, J.

TYSON, DOWDELL and ANDERSON, JJ., concur.

---

# Kansas City, M. & B. R. R. Co. *v.* Spann.

*Action for Loss of Goods.*

(Decided Jan. 18, 1906, 40 So. Rep. 83.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.

CAMPBELL & WALKER, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

Affirmed.

Opinion by SIMPSON, J.

HARALSON, DOWDELL & DENSON, JJ., concur.

---

# Vines *v.* Vines, *et al.*

*Trespass.*

(Decided Jan. 18, 1906, 40 So. Rep. 84.)

APPEAL from Bessemer City Court.
Heard before Hon. B. C. JONES.

PINKNEY SCOTT, for appellant.

W. S. WELCH, for appellee.

Affirmed.

Opinion by HARALSON, J.

DOWDELL, SIMPSON and DENSON, JJ., concur.